United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18767-ref
Lisamarie R Ellis                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1              Date Rcvd: Feb 05, 2018
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db          +Lisamarie R Ellis,    264 Friedensburg Road,    Reading, PA 19606-1926
cr          +CitiBank N.A.,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave Suite 100,
              Boca Raton, FL 33487,    UNITED STATES 33487-2853
cr          +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
              Southfield, MI 48037-0513
cr          +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid,    6409 Congress Ave,    Suite 100,
              Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 06 2018 05:27:58
              Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr           E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 06 2018 04:50:14
              Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Citibank, N.A., not in its individual capacity, bu
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Lisamarie R Ellis tobykmendelsohn@comcast.net
              CHRISOVALANTE FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. et. al. paeb@fedphe.com
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. et. al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For Option One Mortgage
               Loan Trust etal paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. et. al. paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For Option One
               Mortgage Loan Trust etal paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee Et Al...
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| LISAMARIE R. ELLIS ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 15-18767-REF |
| CREDIT ACCEPTANCE CORPORATION ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| v. ) | |
| ) | 11 U.S.C. 1301 |
| LISAMARIE R. ELLIS ) | |
| BREN T. DENUNZIO ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Credit Acceptance Corporation, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2008 Saab 9-3** bearing vehicle identification number YS3FB46Y481143248 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

**Date: February 5, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE