United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisamarie R Ellis  
    Debtor

Case No. 15-18767-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Dec 17, 2018  
                   Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.  
14016714       +Citibank, N.A,   Nationstar Mortgage LLC,   d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:

         BRENNA HOPE MENDELSOHN    on behalf of Debtor Lisamarie R Ellis tobykmendelsohn@comcast.net  
         CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. et. al. paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. et. al. paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For Option One Mortgage Loan Trust etal paeb@fedphe.com  
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. et. al. paeb@fedphe.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For Option One Mortgage Loan Trust etal paeb@fedphe.com  
         PETER J. ASHCROFT    on behalf of Creditor    Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee Et Al... paeb@fedphe.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
         WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                     TOTAL: 14

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18767-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Lisamarie R Ellis
264 Friedensburg Road
Reading PA 19606

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2018.

Name and Address of Alleged Transferor(s):

Claim No. 8: Citibank, N.A, Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

US Bank Trust National Association as trustee of t
P.O. Box 10826
Greenville, SC  29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/19/18

Tim McGrath
**CLERK OF THE COURT**