United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisamarie R Ellis  
    Debtor

Case No. 15-18767-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4　　User: Keith　　　　Page 1 of 1　　　　Date Rcvd: Feb 01, 2019  
　　　　　　　　　　　Form ID: trc　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.
14246540　　+US Bank Trust National Association as trustee of t,   P.O. Box 10826,
　　　　　　Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:
　　　　BRENNA HOPE MENDELSOHN    on behalf of Debtor Lisamarie R Ellis tobykmendelsohn@comcast.net
　　　　CHRISOVALANTE  FLIAKOS    on behalf of Creditor   Wells Fargo Bank, N.A. et. al. paeb@fedphe.com
　　　　JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, N.A. et. al. paeb@fedphe.com
　　　　JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, NA As Trustee For Option One Mortgage
　　　　 Loan Trust etal paeb@fedphe.com
　　　　JOSEPH ANGEO DESSOYE    on behalf of Creditor   Wells Fargo Bank, N.A. et. al. paeb@fedphe.com
　　　　LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
　　　　 ecf_frpa@trustee13.com
　　　　PAUL WILLIAM CRESSMAN    on behalf of Creditor   Wells Fargo Bank, NA As Trustee For Option One
　　　　 Mortgage Loan Trust etal paeb@fedphe.com
　　　　PETER J. ASHCROFT    on behalf of Creditor   Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com,
　　　　 ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
　　　　REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
　　　　 INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
　　　　SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
　　　　THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee Et Al...
　　　　 paeb@fedphe.com
　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
　　　　 ECF_FRPA@Trustee13.com
　　　　WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
　　　　 ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 14

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18767-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Lisamarie R Ellis
264 Friedensburg Road
Reading PA 19606

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/31/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: US Bank Trust National Association as trustee of t, P.O. Box 10826, Greenville, SC  29603-0675 | U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/03/19

Tim McGrath
**CLERK OF THE COURT**