UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (READING)

In Re: LISAMARIE R ELLIS )  Case No.: 4:15-bk-18767
　　　　　　　　　　　　　　　)
　　　　Debtor. )  CHAPTER 13
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)  **REQUEST FOR NOTICE**

---

## REQUEST OF BSI FINANCIAL SERVICES FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

---

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST ("BSI"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

**1**
REQUEST FOR NOTICE

1   BSI requests that for all notice purposes and for inclusion in the Master Mailing List in
2   this case, the following address be used:

3   **PHYSICAL ADDRESS:**                           **EMAIL ADDRESS:**
    BSI Financial Services                          prpbk@bsifinancial.com
4   1425 Greenway Drive, Ste. 400
5   Irving, TX  75038

6
7
8   Dated: February 22, 2019                        By: /s/ Raymond Valderrama
                                                    Raymond Valderrama
9                                                   c/o BSI Financial Services
                                                    Assistant Vice President, Bankruptcy
10                                                  1425 Greenway Drive, Ste. 400
                                                    Irving, TX  75038
11                                                  972.347.4350
12                                                  prpbk@bsifinancial.com

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2**
REQUEST FOR NOTICE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| In Re: LISAMARIE R ELLIS<br><br>　　　　Debtor. | Case No.: 4:15-bk-18767<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

## **CERTIFICATE OF SERVICE**

　　I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

　　I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

**1**

CERTIFICATE OF SERVICE

On February 22, 2019 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Lisamarie R Ellis | Scott Waterman |
| 264 Friedensburg Road | Chapter 13 Trustee |
| Reading, PA 19606 | 2901 St. Lawrence Ave. |
|  | Suite 100 |
| **Debtor's Counsel** | Reading, PA 19606 |
| Brenna Hope Mendelsohn |  |
| Mendelsohn & Mendelsohn, PC | **Trustee's Counsel** |
| 637 Walnut Street | Lisa Marie Ciotti |
| Reading, PA 19601 | Frederick L. Reigle, Esq. |
|  | 2901 St. Lawrence Avenue |
|  | P.O. Box 4010 |
|  | Reading, PA 19606 |
|  |  |
|  | **U.S. Trustee** |
|  | United States Trustee |
|  | Office of the U.S. Trustee |
|  | 833 Chestnut Street |
|  | Suite 500 |
|  | Philadelphia, PA 19107 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2019 at Santa Ana, California

*/s/ Eiraj Zandi*
Eiraj Zandi

**2**

CERTIFICATE OF SERVICE