UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    :

LISAMARIE R ELLIS

                                                     : Chapter 13

              Debtor(s)             : Bankruptcy No. 15-18767PMM

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

_Patricia M. Mayer_
_____
Patricia M. Mayer, Judge
United States Bankruptcy Court

**Date: March 27, 2020**

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

LISAMARIE R ELLIS
264 FRIEDENSBURG ROAD
READING, PA 19606