```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                                  Case No. 15-18767-pmm
Lisamarie R Ellis                                                       Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0313-4          User: Keith                 Page 1 of 3                  Date Rcvd: Mar 27, 2020
                              Form ID: pdf900             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db             +Lisamarie R Ellis,    264 Friedensburg Road,    Reading, PA 19606-1926
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +CitiBank N.A.,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave Suite 100,
                 Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr             +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
                 Southfield, MI 48037-0513
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid,    6409 Congress Ave,   Suite 100,
                 Boca Raton, FL 33487-2853
cr             +US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C,    GHIDOTTI BERGER LLP,
                 1920 Old Tustin Avenue,    Santa Ana, CA 92705-7811
13644409        American Home Mtg Srv/Homeward Residenta,    Ahmsi / Attention: Bankruptcy,   Po Box 631730-1730,
                 Irving, TX 75063
13644410        Bur Acct Mgm,    Bureau Of Account,   Camp Hill, PA 17011
13644416        Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
13644432       +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
14016714       +Citibank, N.A,    Nationstar Mortgage LLC,    d/b/a Mr. Cooper,   PO Box 619096,
                 Dallas, TX 75261-9096
14009692       +Citibank, N.A.,    c/o Can Guner, Esq.,    6409 Congress Ave., Ste 100,
                 Boca Raton, FL 33487-2853
13644436       +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
13644437       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
13668434       +Credit Acceptance Corporation,    c/o William E. Craig, Esq.,    110 Marter Ave, Suite 301,
                 Moorestown, NJ 08057-3124
13690968       +Emergency Phy Assoc of Pa,Pc,    6681 Country Club Drive,    Golden Valley MN 55427-4601
13644440      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,    National Bankrupcy Service Center,   Po Box 62180,
                 Colorado Springs, CO 80962)
13644439       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13644441       +Lazarus Fina,    2301 N Central Expy Ste,    Plano, TX 75075-2535
13789546       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13644442       +Mnet Fin Inc,    95 Argonaut,   Aliso Viejo, CA 92656-4133
14044296       +Nationstar Mortgage, LLC,    c/o Rebecca A. Solarz, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13644443       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,   Orlando, FL 32826-2703
13644444       +Penn State,    308 Shields Bldg,    University Par, PA 16802-1220
13726698       +Reading Hospital C/O Convergent HC Rec,    Convergent Healthcare Recoveries Inc.,
                 P.O. Box 1289,   Peoria, IL 61654-1289
14267186       +U.S. Bank Trust National Association, as Trustee,    of Cabana Series III Trust,
                 c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
14246540       +US Bank Trust National Association as trustee of t,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13708457        US Department of Education,    Claims Filing Unit,    PO Box 8973,   Madison, WI 53708-8973
13644445       +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,   Madison, WI 53704-3121
13746141        Wells Fargo Bank, N.A., as Trustee,    c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Dept.,
                 PO Box 24605,   West Palm Beach, FL  33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:51:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2020 03:51:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2020 03:57:07
                 Capital One Auto Finance,    P.O. Box 201347,   Arlington, TX 76006-1347
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2020 03:56:10
                 Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,   Houston, TX  77210-4360
13743155       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2020 03:56:09
                 Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave., Dept. APS,
                 Oklahoma City, OK 73118-7901
13648541       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2020 03:57:08
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13743051       +E-mail/Text: bncmail@w-legal.com Mar 28 2020 03:51:43     Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13644438       +E-mail/Text: bknotice@ercbpo.com Mar 28 2020 03:51:42     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13665972       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 28 2020 03:51:44     Premier Bank, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
```

```
District/off: 0313-4            User: Keith               Page 2 of 3             Date Rcvd: Mar 27, 2020
                                Form ID: pdf900           Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citibank, N.A., not in its individual capacity, bu
cr*            +US Bank Trust National Association as trustee of t,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13644411*       Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA 17011
13644412*       Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA 17011
13644413*       Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA 17011
13644414*       Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA 17011
13644415*       Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA 17011
13644417*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644418*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644419*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644420*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644421*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644422*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644423*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644424*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644425*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644426*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644427*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644428*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644429*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644430*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644431*       Bureau Of Account Mana,     Bureau Of Account,    Camp Hill, PA 17011
13644433*      +Cb Accts Inc,    124 Sw Adams St. Suite 215,     Peoria, IL 61602-2321
13644434*      +Cb Accts Inc,    124 Sw Adams St. Suite 215,     Peoria, IL 61602-2321
13644435*      +Cb Accts Inc,    124 Sw Adams St. Suite 215,     Peoria, IL 61602-2321
13866057*      +Mendelsohn and Mendelsohn, P.C.,     637 Walnut Street,    Reading, PA 19601-3524
                                                                                   TOTALS: 1, * 25, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Lisamarie R Ellis tobykmendelsohn@comcast.net
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor   Wells Fargo Bank, N.A. et. al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, N.A. et. al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, NA As Trustee For Option One Mortgage
               Loan Trust etal paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Wells Fargo Bank, N.A. et. al. paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor   Wells Fargo Bank, NA As Trustee For Option One
               Mortgage Loan Trust etal paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor   Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee Et Al...
               paeb@fedphe.com
```

```
District/off: 0313-4          User: Keith                 Page 3 of 3                  Date Rcvd: Mar 27, 2020
                              Form ID: pdf900             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        TOTAL: 15

Case 15-18767-pmm    Doc 114    Filed 03/29/20    Entered 03/30/20 00:48:21    Desc
Imaged Certificate of Notice    Page 3 of 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

LISAMARIE R ELLIS

                                                                     : Chapter 13

Debtor(s)          : Bankruptcy No. 15-18767PMM

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

*Patricia M. Mayer*
_____
Patricia M. Mayer, Judge
United States Bankruptcy Court

**Date: March 27, 2020**

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

LISAMARIE R ELLIS
264 FRIEDENSBURG ROAD
READING, PA 19606